JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
**LAXALT & NOMURA, LTD.**
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
jmurphy@laxalt-nomura.com

*Attorneys for Plaintiff Viking Insurance Company of Wisconsin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIKING INSURANCE COMPANY OF WISCONSIN, a Wisconsin business,<br><br>Plaintiff,<br>vs.<br><br>CHRISTINE M. KELLY, an individual, and JAMES R. RAYMUNDO, an individual,<br><br>Defendants. | Case No. 2:14-cv-00462-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff VIKING INSURANCE COMPANY OF WISCONSIN and Defendants CHRISTINE M. KELLY and JAMES R. RAYMUNDO by and through their respective attorneys of record, that the above-entitled matter be dismissed with prejudice in its entirety, as to all claims involving Plaintiff VIKING INSURANCE COMPANY OF WISCONSIN, as against Defendants CHRISTINE M. KELLY

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
6720 VIA AUSTI PARKWAY
SUITE 430
LAS VEGAS, NEVADA 89119

1

and JAMES R. RAYMUNDO, with each of the parties to pay their own fees and costs incurred therein.

DATED this 19 day of february, 2015.          DATED this 19 ay of february 2015.

LAXALT & NOMURA, LTD.                          BENSON & BINGHAM

_____                _____
JAMES E. MURPHY, ESQ.                          JOSEPH L. BENSON, II, ESQ.
Nevada Bar No. 8586                            Nevada Bar No. 7276
6720 Via Austi Parkway                         11441 Allerton Drive, Suite 100
Suite 430                                      Las Vegas, Nevada 89135
Las Vegas, Nevada 89119                        *Attorneys for Defendants*
*Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice with each of the parties to pay their own fees and costs incurred therein.

Dated: February 19, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

LAXALT & NOMURA, LTD.

_____
JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway, Suite 430
Las Vegas, Nevada 89119